### 12990.   DAVIS *v.* THE STATE.

BLOODWORTH, J.  There is no merit in any of the grounds of the amendment to the motion for a new trial; there is ample evidence to support the finding of the jury, which has the approval of the trial judge, and the judgment is          *Affirmed. Broyles, C. J., and Luke, J., concur.*
DECIDED JANUARY 18, 1922.

Conviction of shooting at another; from Wilkes superior court —
Judge Shurley.  September 29, 1921.

*Norman & Norman,* for plaintiff in error.

*M. L. Felts, solicitor-general,* contra.